JAMES R. O'BEIRNE, Respondent, *v.* CHARLES S. CARY et al., Appellants.

*O'Beirne* v. *Cary*, 34 App. Div. 328, affirmed.
(Argued December 20, 1900; decided February 5, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 6, 1898, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Adelbert Moot* for appellants.

*Frank Sullivan Smith* and *C. Walter Artz* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.